ARROWHEAD MILLS, INC., Appellant, v. H. L. PADDOCK and Others, Individually and as Trustees, etc., Respondents.— Judgment affirmed, with costs.    All concur.

SOLOMON BERNSTEIN, Respondent, v. JOHN J. McCLOSKEY, Appellant.— Judgment and order affirmed, with costs.    All concur.

THE ECONOMIC STEEL RACK COMPANY, Respondent, v. ECKELS-NYE STEEL COMPANY, Appellant.— Judgment affirmed, with costs.    All concur.

In the Matter of the Application of RICHARD B. WILLIAMS, JR., as Commissioner of Public Works of the City of Syracuse, Respondent, for the Appointment of Commissioners of Condemnation, in the Matter of the Opening of Solar Street and Bear Street, the Widening and Extending of Kirkpatrick Street, the Opening and Widening of Geddes Street, in the City of Syracuse, New York. ROSALIA KALINOWSKI, Appellant.— Order reversed, with costs, and matter remitted to commissioners of condemnation to reassess and determine the amount of compensation to be awarded the appellant, Rosalia Kalinowski, for the premises taken and acquired by the city.    Held, under the evidence the compensation allowed was inadequate.    The commissioners were required to fix the value of the property taken in its existing condition, and were not authorized to make deductions on the theory that the owner might remove the dwelling house to another portion of her premises.    She has not indicated a desire or consent to make such removal and the report of the commissioners and the order of confirmation do not authorize her to do so.    Her right, title and interest in the premises taken have become vested in the city.    This includes the dwelling house located thereon.    (*Jackson* v. *State of New York*, 213 N. Y. 34.)    All concur.

THE PEOPLE OF THE STATE OF NEW YORK, Appellant, v. HENRY A. ALLARD, Respondent.— Judgment affirmed, with costs.    All concur.

FRANK R. HUMPHREY, Appellant, v. WALKER D. HINES, as Director-General of Railroads, Respondent.— Judgment reversed on the law, and new trial granted, with costs to appellant to abide event.    Held, that defendant's negligence and plaintiff's contributory negligence were questions of fact for the jury.    All concur, except Clark, J., who dissents.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. NICHOLAS ANCKNER, Appellant.— Judgment of conviction affirmed.    All concur.

PHILIP BECKER & COMPANY, Respondent, v. DELAWARE, LACKAWANNA AND WESTERN RAILROAD COMPANY, Appellant.— Order affirmed, with ten dollars costs and disbursements, with leave to the defendant to plead over within twenty days, upon payment of the costs of the motion and of this appeal.    Held, that the complaint states only one cause of action, viz., for damages to the goods while in railroad transit.    All concur; Sears, J., not sitting.

MICHAEL H. RIPTON, Appellant, v. STATE OF NEW YORK, Respondent.— Judgment affirmed, with costs.    All concur.

JOHN BARANSKI, Appellant, v. ANIELA BARANSKI and BANK OF DEPEW, Respondents.— Judgment affirmed, with costs.    Findings of fact Nos. 7 and 10 are disapproved and reversed, and in lieu thereof certain new, additional findings of fact are made.    All concur.